# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RAELENE N. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:13-cv-00333-NT ) |
| CAROLYNN COLVIN, *Acting Commissioner of Social Security*, | ) ) ) |
| Defendant, | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 22, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>ADOPTED</u>. The action is hereby <u>DISMISSED</u> without prejudice.

<u>SO ORDERED</u>.

/s/ Nancy Torresen  
United States District Judge

Dated this 17th day of November, 2014.