**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| RAELENE N. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:13-cv-00333-NT |
| | ) |
| CAROLYNN COLVIN, *Acting* | ) |
| *Commissioner of Social Security*, | ) |
| | ) |
| Defendant, | |

**AMENDED ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On October 22, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>ADOPTED</u>. It is further ordered that the Commissioner's decision is <u>AFFIRMED</u>.

                                                       /s/ Nancy Torresen
                                                       United States District Judge

Dated this 17th day of November, 2014.